ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 DEC 10 PM 2: 47
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOHNNY DOUGLAS JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| JIM HINSON, Sheriff of Dodge County, ) | CV 312-076 |
| Georgia, DODGE COUNTY DISTRICT ) | |
| ATTORNEY, DODGE COUNTY ) | |
| SHERIFFS OFFICE, and OCONEE ) | |
| JUDICIAL CIRCUIT PUBLIC ) | |
| DEFENDERS OFFICE, ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's motion to proceed *in forma pauperis* is deemed **MOOT** (doc. no. 2), and this case is dismissed without prejudice and **CLOSED**.[1] Furthermore, Petitioner's "Motion to Produce, Preserve and Present Documents, Photos, Statements, Logs, Files, Receipts, and All Matter related to Pending Criminal Charges Against Plaintiff" is **DENIED** as **MOOT**. (Doc. no. 11.)

SO ORDERED this 10th day of December, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Though the instant petition was ostensibly brought as a complaint under 42 U.S.C. § 1983, the Magistrate Judge correctly construed it as a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (See doc. no. 14, pp. 3-5.)